**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AGATHA DAVIS,

      Plaintiff,

v.                                                                               Case No. 08-13512

FEDEX GROUND,

      Defendant.

                                         /

### ORDER RESOLVING DEFENDANT'S MOTIONS IN LIMINE

On September 13, 2010, the court held a hearing on Defendant's four motions in limine. For the reasons stated on the record,

IT IS ORDERED that Defendant's "Motion in Limine to Exclude Evidence Regarding the Equal Employment Opportunity Commission's Investigation and Letter of Determination" [Dkt. # 31], pursuant to Plaintiff's agreement, is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Defendant's "Motion in Limine for an Order That Evidence of Handwritten Notes of Plaintiff's Supervisor Are Not Precluded Under the Bullard-Plawecki Right to Know Act" [Dkt. # 32] is GRANTED.

IT IS FURTHER ORDERED that Defendant's "Motion in Limine to Exclude Evidence of Richard Seelhoff's Alleged Discriminatory Hiring Practices" [Dkt. # 33] is GRANTED, with the possibility reserved that the court might permit Plaintiff to introduce evidence touching upon these matters if it is shown to be relevant in the context of other evidence and if its probative value is not substantially outweighed by the risk of unfair

prejudice, confusion of the issues, or misleading the jury, or by considerations of undue

delay, waste of time, or needless presentation of cumulative evidence.

Finally, IT IS ORDERED that Defendant's "Motion in Limine to Exclude the

Admission of Evidence and Testimony Regarding Plaintiff's Abandoned and Dismissed

Race Discrimination and Racial Harassment Claims" [Dkt. # 34] is TERMINATED AS

MOOT, pursuant to the stipulation of the parties.


      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2010


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, September 14, 2010, by electronic and/or ordinary mail.


      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522